UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LILIANA HUERTA MORALES,<br><br>      Petitioner,<br><br>v.<br><br>KEVIN RAYCRAFT, in his official capacity as Acting Field Office Director of Enforcement and Removal Operations, Detroit Field Office, Immigration and Customs Enforcement,<br><br>      Respondent. | Case No. 2:25-cv-13325<br><br>Hon. Mark A. Goldsmith<br><br>Hon. Anthony P. Patti |

## STIPULATED ORDER REQUIRING RESPONSE

On October 21, 2025, Petitioner Liliana Huerta Morales filed a petition for a writ of habeas corpus challenging her detention by Respondent. Dkt. 1. For good cause, the Court may set a deadline for Respondent to respond to the petition. *See* 28 U.S.C. § 2243. Accordingly,

IT IS STIPULATED by the parties that:

1. Respondent shall respond to the petition for a writ of habeas corpus no later than October 31, 2025.

2. If Petitioner chooses to file a reply, Petitioner must do so no later than three business days after Respondents file their response.

3. Petitioner has sent a copy of the petition to the U.S. Attorney's Office for the Eastern District of Michigan by certified mail, which will constitute proper service upon delivery.

**IT IS SO ORDERED.**

Dated: November 4, 2025                   s/Mark A. Goldsmith
Detroit, Michigan                        MARK A. GOLDSMITH
                                          United States District Judge

Stipulated and agreed to by:

/s/ James D. Jenkins                Jerome F. Gorgon Jr.
James D. Jenkins (MO #57258)     United States Attorney
P.O. Box 6373
Richmond, VA 23230
Tel.: (804) 873-8528              /s/  Zak Toomey
jjenkins@valancourtbooks.com      Zak Toomey (MO 61618)
                                        Assistant U.S. Attorney
*Counsel for Petitioner*              211 W. Fort St., Ste. 2001
                                        Detroit, Michigan  48226
                                        (313) 226-9617
                                        zak.toomey@usdoj.gov

                                        *Counsel for Respondents*

Dated: October 21, 2025             Date: October 21, 2025