United States District Court
Eastern District of Michigan

Liliana Huerta Morales,

    Petitioner,

v.

Kevin Raycraft, Acting Director of Immigration Customs Enforcement and Removal Operations, Detroit Field Office; et al.,

    Respondents.

Civil No. 25-cv-13325

Honorable Mark A. Goldsmith

## Stipulated Order Transferring Case to the Western District of Michigan

The parties dispute whether the Eastern District of Michigan has jurisdiction over this matter, but both parties agree that the Western District of Michigan has jurisdiction. In order to conserve limited party and judicial resources, and in order to allow for the prompt resolution of this matter, the parties stipulate to the transfer of this case to the Western District of Michigan. Accordingly,

IT IS HEREBY ORDERED that this matter be transferred to the Western District of Michigan.

Dated: December 18, 2025  
Detroit, Michigan

s/Mark A. Goldsmith  
MARK A. GOLDSMITH  
United States District Judge

Stipulated and Agreed to By:

                                            Jerome F. Gorgon
                                            United States Attorney

*/s/ James Jenkins (w/ consent)*          */s/ Zak Toomey*
James D. Jenkins (MO #57258)         Zak Toomey (MO61618)
P.O. Box 6373         Assistant United States Attorney
Richmond, VA 23230         211 W. Fort Street, Suite 2001
Tel.: (804) 873-8528         Detroit, Michigan 48226
jjenkins@valancourtbooks.com         (313) 226-9617
        zak.toomey@usdoj.gov

*Counsel for Petitioner*

Dated: December 16, 2025         *Attorneys for Respondents*

        Dated: December 16, 2025